```
                              ✓ FILED        ___ RECEIVED
                              ___ ENTERED    ___ SERVED ON
                                             COUNSEL/PARTIES OF RECORD

                                     JUL 27 2007

                                 CLERK US DISTRICT COURT
                                   DISTRICT OF NEVADA
                              BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| JAMES JEFFERSON KENNER, | 3:06-CV-00423-ECR-RAM |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATE: JULY 26, 2007 |
| W.I.N.G.S. SUPERVISOR, et al., | |
| Defendants. | |

PRESENT:     EDWARD C. REED, JR.             U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

On June 26, 2007, the Magistrate Judge filed a Report and Recommendation (#15) recommending that this action be dismissed without prejudice for failure to exhaust.

**IT IS HEREBY ORDERED** that the Report and Recommendation (#15) is well taken and it is **APPROVED** and **ADOPTED** by the Court.

**IT IS, THEREFORE, HEREBY ORDERED** that the Motion to Dismiss (#7) filed by Defendant on December 13, 2006, is **GRANTED**.

The Clerk shall enter judgment accordingly.

The record indicates that exhaustion of Plaintiff's claims was required and that Plaintiff failed to exhaust his claims in the grievance proceedings at the institution in which he is incarcerated.

LANCE S. WILSON, CLERK

By     /s/
       Deputy Clerk